UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                            Case No. 3:20-cr-117-3

vs.

DEVON LOVE,                              District Judge Michael J. Newman

    Defendant.

# ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 159)

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 159. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in the indictment, which charges him with conspiracy to kidnapping resulting in death, in violation of 18 U.S.C. § 1201(c). Doc. No. 156. The Court will defer the decision of whether to accept the plea agreement until Defendant's sentencing hearing.

    **IT IS SO ORDERED.**

    November 17, 2022                                           s/Michael J. Newman
                                                               Hon. Michael J. Newman
                                                               United States District Judge